UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JOSE RAUL MAITA,

    Defendant.

- - - - - - - - - - - - - - - - - - x

INDICTMENT

08 Cr. 500

## COUNT ONE

The Grand Jury charges:

On or about March 9, 2007, in the Southern District of New York and elsewhere, JOSE RAUL MAITA, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States on or about October 11, 2003, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about May 20, 1998, in Westchester County, New York, for sexual abuse in the first degree, in violation of New York Penal Law 130.65, and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)


_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney