

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 18, 2008

**BY HAND**
The Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

MEMO ENDORSED

Re: **United States v. Jose Maita**
08 Cr. 500 (SCR)

Dear Judge Robinson:

The Government respectfully submits this letter to request, with the consent of defense counsel, that the conference in the above-referenced case, previously scheduled for July 18, 2008 at 12:00 p.m. be rescheduled for July 30, 2008, at 12:00 p.m.. The Government also requests, with the consent of defense counsel, the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from July 18, 2008 until July 30, 2008, so that the Government and the defendant may continue to engage in plea negotiations in an effort to resolve the case without the need for trial.

Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Nicholas L. McQuaid
Assistant United States Attorney
(914) 993-1936 (phone)
(914) 993-9036 (fax)

*[Handwritten: Time from July 18, 2008 to July 30, 2008 is excluded from the Speedy Trial Act calculation in the interests of justice and for the reasons set forth above.*

*SO ORDERED:*
*[signature] Stephen C. Robinson*
*7/18/08]*

cc:   Paul Davison, Esq.. (By Hand)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____