UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

United States of America

ORDER ACCEPTING PLEA ALLOCUTION

08 Cr. 500 (SCR)

v.

Jose Raul Maita,
---

ROBINSON, J.

The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa M. Smith, Chief United States Magistrate Judge, dated September 23, 2008, is approved and accepted.

The Clerk of the court is directed to enter the plea.

Date: Sept. 26, 2008

SO ORDERED:

_____
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE